IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA<br><br>Plaintiff<br><br>v.<br><br>Jamel Danzy,<br><br>Defendant. | Case No. 21cr491<br>Judge Jeffrey T. Gilbert |

**ORDER**

Initial appearance proceedings held on 8/9/21. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant appears in response to arrest on 8/8/21. Holly Blaine of the Federal Defender Panel is assigned as counsel for Defendant. Defendant was informed of his rights, the nature of the charges and the maximum penalties. Defendant was informed of his right to a preliminary examination hearing. Defendant waived his right to a preliminary examination hearing. The Court enters a finding of probable cause. Defendant is held to answer in the District Court pending further proceedings. The Government orally moved to detain Defendant in accordance with 18 U.S.C. § 3142 (f)(1)(E). In accordance with 18 U.S.C. § 3142(f), for good cause shown and by agreement of the parties, a detention hearing is set for 8/11/21 at 2:00 p.m. via telephone. The toll-free call-in number and access code for the hearing on 8/11/21 is as follows: Dial: 877-336-1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. T: 00:15

Date: 8/9/2021

Magistrate Judge Jeffrey T. Gilbert