FILED
9/7/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMEL DANZY | No. 21 CR 491<br><br>Violation: Title 18, United States Code, Section 371 |

JUDGE GETTLEMAN
MAGISTRATE JUDGE GILBERT

The SPECIAL MAY 2021 GRAND JURY charges:

1. At all times material to this Indictment:

    a. Federal law required that a firearms dealer engaged in the business of dealing in firearms be licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF");

    b. In connection with an individual's purchase of a firearm from a federal firearms licensee ("FFL"), the transferee/buyer was required to complete an ATF Form 4473 Firearms Transaction Record, which required the transferee/buyer to, among other things, provide information concerning the transferee's/buyer's name, age, and place of residence and certify that the transferee/buyer was the actual transferee/buyer of the purchased firearm;

    c. An individual known as a "straw purchaser" was one who, when purchasing a firearm from an FFL, falsely certified on an ATF Form 4473 Firearms Transaction Record that the individual was the actual transferee/buyer of a firearm, when, in fact, the individual bought the firearm on behalf of someone else;

d. Defendant JAMEL DANZY was a resident of the State of Indiana and did not possess an ATF license to engage in the business of dealing in firearms; and

e. Individual A was a resident of the State of Illinois and had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

2. Beginning in or around March 2021, and continuing until in or around August 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMEL DANZY,

defendant herein, who was not a licensed firearms dealer, manufacturer, importer, or collector within the meaning of Chapter 44, Title 18, United States Code, conspired with Individual A to commit the following offenses against the United States:

a. to transfer, sell, trade, give, transport, and deliver a firearm to a person, namely Individual A, who defendant knew and had reasonable cause to believe was not a resident of the State in which defendant resided, in violation of Title 18, United States Code, Section 922(a)(5);

b. to knowingly make any false and fictitious oral and written statement and to furnish and exhibit any false, fictitious, and misrepresented identification in connection with the acquisition and attempted acquisition of a firearm and ammunition from a licensed dealer that was intended and likely to deceive the licensed dealer with respect to any fact material to the lawfulness of the

2

sale and other disposition of such firearm and ammunition, in violation of Title 18, United States Code, Section 922(a)(6); and

   c. to sell and otherwise dispose of any firearm and ammunition to a person, namely Individual A, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1).

  3. It was part of the conspiracy that Individual A asked defendant JAMEL DANZY to obtain a firearm in the State of Indiana for Individual A.

  4. It was further part of the conspiracy that Individual A told defendant JAMEL DANZY the type of firearm Individual A wanted so that DANZY could purchase that type of firearm.

  5. It was further part of the conspiracy that defendant JAMEL DANZY obtained a firearm in the State of Indiana for Individual A, who resided in the State of Illinois.

  6. It was further part of the conspiracy that defendant JAMEL DANZY acted as a "straw purchaser," in that DANZY purchased a firearm from an FFL located in the State of Indiana on behalf of Individual A but falsely certified on an ATF Form 4473 Firearms Transaction Record that DANZY was the actual transferee/buyer of the firearm.

7. It was further part of the conspiracy that defendant JAMEL DANZY provided Individual A with a firearm, knowing that Individual A was not a resident of the State of Indiana and knowing and having reasonable cause to believe that Individual A had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

8. It was further part of the conspiracy that defendant JAMEL DANZY did conceal and hide, and caused to be concealed and hidden, the existence of and acts done in furtherance of the conspiracy.

## Overt Acts

9. In furtherance of, and to accomplish the objectives of the conspiracy, defendant committed and caused to be committed one or more overt acts in the Northern District of Illinois, Eastern Division, and elsewhere, which overt acts included, but were not limited to, the following:

   a. On or about March 25, 2021, defendant JAMEL DANZY completed an ATF Form 4473 Firearms Transaction Record in connection with the purchase of a Glock Model 44, .22 caliber semiautomatic pistol bearing serial number AFBZ467, from an FFL located in Hammond, Illinois, and falsely certified that he was the actual transferee/buyer of the firearm;

   b. On or about March 25, 2021, in Hammond, Indiana, defendant JAMEL DANZY obtained a firearm, namely, a Glock Model 44, .22 caliber semiautomatic pistol bearing serial number AFBZ467 from an FFL located in Hammond, Indiana; and

4

   c.  Between in or around March 2021 and in or around August 2021, DANZY transferred a Glock Model 44, .22 caliber semiautomatic pistol bearing serial number AFBZ467 to Individual A.

 In violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

The SPECIAL MAY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 371, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 44, .22 caliber semiautomatic pistol bearing serial number AFBZ467, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY