IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMEL DANZY,<br><br>Defendant. | Case No. 21 CR 491<br>Judge Robert W. Gettleman |

## ORDER

Video change of plea hearing held on 7/27/2022. Defendant affirmed his consent to appear by video under the CARES Act Section 15002(b)(2)(A). Defendant enters plea of guilty to the Indictment. Defendant advised of his rights. Plea of guilty is accepted. Enter plea agreement. Enter finding of guilty. Cause is referred to the Probation Department for a pre-sentence investigation and report. Video sentencing is set for 10/28/2022, at 10:30 a.m. Sentencing briefs are due by 10/14/2022. Members of the public and media may listen to these proceedings by dialing (650) 479-3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

(00:40)

Date: 7/27/2022

_____
United States District Judge
Robert W. Gettleman