# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                      Case No.: 1:21−cr−00491
                                                     Honorable Robert W. Gettleman

Jamel Danzy

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Jamel Danzy: Defendant's unopposed motion to limit courtroom capacity [39] is denied, but the court will require all persons attending the sentencing hearing to be masked and will designate an overflow courtroom. The location of the overflow courtroom will be disclosed in a separate order. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.