Honorable Judge Robert Gettleman,

I pray that you and your family are well.

My name is Sergeant Sharon Boyd and my team and I are family liaisons and advocates for the Chicago Police Department members and their families when tragic situations cause their serious injury or death. I have spent a lot of time with the French, Yanez and Blas families since that terrible day, and can personally attest to the devastation that was caused when Jamal Danzy illegally, knowingly and intentionally supplied a murder weapon to a convicted felon.

Police Officers across the country leave their families and their homes everyday with the ultimate goal of being a part of making the world a safer place for citizens. We never know if our efforts will result in a catastrophic change in our lives and/or the lives of our families should we not survive our tour of duty. There aren't many professions that, from the day you graduate and put your uniform on, you have made the decision to put yourself in harm's way to give others the opportunity to be safe from harm and go home to their families and live full lives. There could be no expectation of safety for anyone at any time without the dedicated and selfless members of law enforcement sacrificing their own comfort and safety every day for the greater good.

On August 7, 2021, Officer Ella French, Officer Carlos Yanez and Officer Joshua Blas left their homes and reported for duty as Chicago Police Officers, with the goal of doing what they could, to make our city a safer place for our citizens. As you know Judge, August 7, 2021 turned out to be a worse day than any words can describe. Our entire city, and society as a whole, took a loss that is too big to measure. We lost a hero. Someone who fought for what was right and, from all accounts, treated everyone with care, dignity and respect. The look on her mother's face when the doctor came into the waiting area and the darkness that came over our city is indescribable. Ella's mother can never fill that hole. This is what Jamal Danzy's decision imposed on her and her future.

It can only be considered a Blessing and a miracle that the deadly actions taken against Officer Carlos Yanez did not cause his death. However, he has been sentenced to a lifetime of suffering with multiple physical injuries and mental and emotional trauma. He has been told that he will never fully recover, and as a result, he, his lovely wife and young son, and the lives of his entire family are forever changed. This is what Jamal Danzy's decision imposed on him, his family and their future.

Another miracle is that Officer Joshua Blas survived this deadly and catastrophic incident. The life of Officer Blas was spared, but he has been left with immense wounds that we cannot see. Officer Blas did everything he possibly could that tragic day, yet his mental and emotional wounds are devastating. He, and his family are forever changed. This is what Jamal Danzy's decision imposed on him, his family and their future.

Jamal Danzy will have many opportunities to recover and live a full life. The only just sentence would be for him to at least serve the maximum sentence of five years to send a message to him, and others like him, that the judicial system is not going to give them a pass for this deadly crime. Judge Robert Gettleman, I am respectfully asking that Jamal Danzy receive the maximum sentence allowable by law. No one should ever feel as if the lives of police officers, that protect the citizens throughout our country everyday, and the lives of our citizens who live with gun violence everyday, don't count within the Judicial System. Please impose the maximum sentence of five years, to show ALL of our citizens that the judicial system cares about our safety and wants to be a part of our solution to gun violence.

Thank you for your time and attention, and for the daily contribution that you make to justice.

Respectfully, Sergeant Sharon Boyd #952 *Sgt. Boyd #952*

Commander Bryan Spreyne
11/28/2022

Chicago Police Department 8th District

3420 W. 63rd Street

Chicago Il. 60629


Honorable District Judge Robert Gettleman

EASTERN DIVISION

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street


Dear Honorable Judge Gettleman,

It is with great emotion that I'm writing this letter on behalf of Police officer Ella Grace French, Carlos Yanez Jr, and Joshua Blas, the victims of murder and attempt murder which resulted from the straw gun purchase case which is before you.

I have been a Police Officer for twenty-eight (28) years. In all time, I have witnessed countless horrific crimes, the majority of those being executed with firearms. As the Commander of the 008th District, I have responded to the senseless murders of innocent victims. Two recent cases were of children 3 and 12 years of age being shot and killed. These cases are currently under investigation however, one of the cases has just been updated with offenders being charged, similar to the French, Yanez Jr. and Blas incident- a convicted felon(s) illegally in possession of a handgun being charged with the murder.

I strongly believe in our criminal justice system. At this time, I am personally affected by this case. Officer Ella Grace French, along with her partners Joshua Blas and Carlos Yanez Jr. were assigned to the CPD Community Safety Team and were assigned under my supervision. I was privileged to personally get to know these three Officers by having direct contact with them as they protected violent neighborhoods, in addition to balancing community engagement. On several occasions, these Officers went above and beyond their duties to help in the communities they worked in. One such case Officer French had responded to an infant child critically wounded and she immediately transported the infant to the hospital saving crucial time for medical treatment. Officer Yanez Jr. was very skilled at apprehending gun offenders, but in furtherance, he was able to communicate with them on a different level providing a positive outlook and opportunity to change their ways. The murder of Officer French and the

critical injuries sustained by Officer Yanez Jr. are a painful loss to their families, friends and fellow law enforcement not to mention the communities that they can no longer serve.

The events of August 7th, 2021 cannot be changed. The facts that have been presented and are before you are undisputed, Jamal Danzy has admitted to purchasing handguns not for himself but for convicted felons whom he was fully aware were not able to make those purchases on their own. Mr. Danzy's actions obviously where the tragic chain of events started. Unfortunately, Mr. Danzy's criminal charges are restricted to his illegal purchase and tendering of a firearm and not that of the full consequence of those actions which resulted from his criminal behavior. Circling back to my belief in the Justice System, it is now your discretion to assign a sentence for convicted Jamal Danzy. It is my belief that the totality of circumstances garner the fullest extent allowed for his crimes that being the full five-year sentence.

I believe this letter, contains painful yet truthful information worthy of your consideration when deciding on Jamal Danzy's sentence. I further appreciate your time in reading my letter and hope that it helps in your decision.

Sincerely,

Commander Bryan Spreyne

Chicago Police Department 008th District

3420 W. 63rd Steet

Chicago IL. 60629

November 28, 2022

The Honorable Robert W. Gettleman
District Judge
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Gettleman:

As you know, August 7, 2021 was a catastrophic day that shook this city and shocked this nation. During a traffic stop, Chicago Police Officer Joshua Blas was fired upon, Chicago Police Officer Carlos Yanez, Jr. was shot and critically injured, and Chicago Police Officer Ella Grace French was shot and killed.

That day, senseless gun violence born of an illegal straw purchase by Jamal Danzy, changed Officers Blas and Yanez's lives forever and robbed the late Officer French of hers. That day, senseless gun violence born of an illegal straw purchase by Jamal Danzy, took a fierce guardian and advocate from the city of Chicago; a loyal colleague and comrade from members of the Chicago Police Department; and a cherished daughter and sister from the French Family. And now that day remains etched into the hearts and minds of each of the courageous men and women who put on the police uniform.

**Today, we stand together demanding that Jamal Danzy – a convicted felon who has supplied and placed illegal firearms in the hands of offenders through straw purchases on several occasions – be prosecuted to the full extent of the law. We demand Jamal Danzy be sentenced to the maximum penalty of five years.**

Not only has Jamal Danzy brazenly acted as a conduit for violence time and again, but he has also demonstrated sheer and utter disregard for the lives and safety of the public. His role in the tragic events of August 7, 2021 are undeniable and cannot go unpunished. A maximum sentence sends the message that the court will not tolerate violence and will do everything in its power to bring justice for the public, and those who vow to protect the public. No matter the circumstance, police officers are the first line of defense in every community. In the matter of this circumstance, we request your defense.

Respectfully,

Brian P McDermott
Chief
Bureau of Patrol- Chicago Police Department

**Jamal Danzy Letter**

Andrew Hamilton <adrewh30@gmail.com>
Tue 11/29/2022 11:58 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
To The Honorable Judge Gentlemans

Your Honor,

I hope this letter finds you well and you are taking satisfaction in discharging the duties and obligations of your office.

I write to you in the hope that the court will consider the maximum level of sentencing for one, Jamal Danzy. His lawless decision, unlawful actions and utter disregard for public safety and those who swear to uphold it, ultimately led to the tragic murder of the late Officer Ella French, the life-altering wounding of Officer Carlos Yanez and almost caused Officer Josh Blas to be victim of the same.

I have been a Chicago Police Officer for just over two years. My newly minted career was forever impacted by the firearm that traded numerous sets of hands (illegally) and eventually ended in the hands and under the control of Emonte Morgan that awful night in August of 2021.

After the death of Officer French began to make it through the ranks and communications of CPD, I soon realized that Officer French's death was much closer to home than I initially understood. The next day at roll call in 9th District roll call room, there was a cloud over our presence. Upwards of 16 officers were all sitting there in silence, no greetings, no good mornings, just silence. My Field Training Officer was late that morning and not responding to texts. She eventually arrived, a few minutes late, with red eyes, as if she had been crying. Being a Probationary Officer and still very new to the Department, I didn't make the connection that my FTO and I had had several conversations about another Probationary Officer who had been assigned to my FTO previously. PPO Ella French had been assigned to FTO Ramos for her first training cycle out of the academy and worked the west side of the City of Chicago. I will not share all of those conversations here, as I consider some of that testimony sacred at this point, given all of the circumstances since that night in August of 2021. I will share what my FTO said that morning in roll call, after the roll had been read and information about the incident had been shared by our Lieutenant. When the Lieutenant asked among the ranks who had worked with Officer French directly, FTO Ramos related, "I did. She was my PPO." When an Officer you know is harmed and you have had some impact on their training or learning process, you begin to question if something you did (or didn't do) has some relationship to the incident. This questioning and mental trauma runs not through one or a few officers, but many. Could we have done something different to alter the outcome? Could we have performed more traffic stops during that 1st training cycle? Would that have made the difference? I should have backed them up sooner and then maybe this wouldn't have happened? God only could provide answers to any of these questions. I will leave those problems with Him. Your Honor has a sentencing decision to make concerning Mr. Danzy. I would ask that your Honor consider the maximum level of sentencing for Mr. Danzy.

Justice is in place to work with what we know, what we can prove and what evidence we have in our possession. That firearm shouldn't have to be on the streets of Chicago. Mr. Danzy made that decision.

Thank you for your attention to this request.

Sincerely,

Andrew S. Hamilton
Police Officer #15619
Chicago Police Department

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide
User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact
the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE
to report Junk Email or SPAM.

Dear Judge Gettleman,

I am reaching out to show my support in regards to the maximum sentence of five years for Jamal Danzy. Ella French was not only my coworker/friend but she also was my sister in blue. I can still remember that devasting day and sometimes wish I could just forget it. When I got the phone call that she had passed away I couldn't believe it nor did I want to believe it. My heart was broken and I had a big pit in my stomach that I could not get rid of. Ella had the biggest personality that no one could ignore. Ella was fierce, humble and so loving to anyone and everyone that was graced by her presence. I still to this day think of my sister in blue and I know she is in heaven smiling down at all of us, protecting us. Ella gave the ultimate sacrifice that all of us police officer's hope to never encounter. Our goal is not only to protect and serve the citizens of Chicago but also to be able to go home to our families every night. Ella did not make it home that night but what she did leave was an impact on the department. I hope that you can dig deep and understand the pain not only her family encountered but her blue family as well. Justice must be served and you can make that decision Judge Gettleman. Please let my sister Ella's story be heard and continue to keep these illegal guns off the streets.

Thank you,
Officer Hernandez

## Danzy Sentencing

Vince Caramusa <vcbears1231@gmail.com>
Tue 11/29/2022 9:59 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

My classmate would be alive and well today if it had not been for all who contributed and participated in the murder of Ella French. She was bright and full of love and all of that was taken from her in an instant of horrific violence. This is the same violence that is absolutely destroying not just Chicago but our Country as a whole everywhere. Ella is a true hero and took her job very seriously in trying to help others and make a difference. This fool and the fools that pulled the trigger are cowards and are of evil intent.. it showed that fateful day who was who. Please I beg of you give this individual the maximum sentencing for what he did by contributing in the murder of Officer Ella French. Make of him the example he rightfully deserves and do not allow him to be roaming the streets freely. This person contributed in taking someones life and seriously injured 1 other Police Officer and attacking another Officer. Horrible!! Justice must be served. Put this man behind bars and keep him there as long as it takes. Enough is enough! Thank you respectfully for any and all considerations.

P.O. Vincent R Caramusa #6298

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Letter for Danzy's hearing**

Ezquivel, Naomi A. <Naomi.Ezquivel@chicagopolice.org>
Tue 11/29/2022 11:27 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I am writing this letter to encourage the maximum sentence be brought upon Jamel Danzy, whose decision to act as a straw purchaser ended or altered many lives. While he didn't pull the trigger that killed Officer Ella French and permanently disabled Officer Carlos Yanez, his conscious decision to buy a guy for someone who couldn't began a chain of events that would culminate in so much heartache and loss. I am currently approaching five years as a Chicago Police Officer. I met Ella French while in the police academy, and we worked together in the 012th district while she was on probation. She was outgoing, funny, and always made the newer officers feel welcome. She was highly motivated and driven, always on the lookout for criminal activity. She ultimately requested to work in the 010th district and later the Community Safety Team because she wasn't afraid of a challenge. She felt that she could do the most good in the most violent parts of the city. I never had the pleasure of meeting Carlos Yanez or Joshua Blas, but I've been incredibly moved by their determination following the incident. I often times wonder what else Ella would have accomplished, should she still be alive. She did so much good in her 29 years. She had a whole lifetime ahead of her to continue making a difference in Chicago's most needy communities. Because of this, I believe the maximum sentence should be handed down to Jamel Danzy. Straw purchasing has ripple effects throughout Chicago's communities, fueling violence that has taken away so many loved ones. Thank you.

P.O. Naomi Ezquivel #16364
012th District Chicago Police

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Jamal Danzy

Mary Ann Shanas <ms1611@sbcglobal.net>
Tue 11/29/2022 11:23 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I am a retired officer of the CPD. The loss of every officer is tragic and devastating to their families and to all law enforcement, but especially to the department for which they served. Most of Chicago is also devastated by such violent acts against our police officers. If such violence is allowed to be perpetuated with out the strictest of penalty than what will become of our society where criminals are not held responsible for their crimes to the fullest extent of the law? Law abiding citizens will hold the same fate as our officers whose lives are taken or serious injured while in the performance of their duties. We cannot bring back Officer Ella French who heroically served this city, and we can only pray that Officer Yanez will recover from the injuries he sustained. So, I implore the court to sentence Jamal Danzy to the maximum sentence for which the law provides.
Thank you,
MaryAnn Shanas

Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Jamel Danzy

Cathy B <cbcab113@gmail.com>
Tue 11/29/2022 5:19 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

To: Judge Robert Gettleman

re: Sentencing of Jamel Danzy

I am writing to ask that you sentence Jamel Danzy to the maximum allowable sentence for his straw purchase of the gun that killed Officer Ella French, and injured Carlos Yanez and Josh Blas. The surviving officers will never be the same, and Officer French's life was ended before she had the chance to live to her full potential.

The straw purchase of the gun used, had ramifications that are still felt today. Fair sentencing must be administered. Others must be deterred from committing this crime, and Jamel Danzy must be punished for his role in the sad and heartbreaking crime that followed his criminal act.

Thank you.
Catherine Bulger

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Ella French, deceased**

Eileen <ecgilhooly@gmail.com>
Tue 11/29/2022 2:22 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Attn: U.S. District Judge Robert Gettleman
Via Sargeant Sharon Boyd; from Eileen Conroy-Gilhooly. Dear Honorable Gettleman, I request that you sentence Jamal Danzy to the maximum sentence of five years. His years ahead of him - unlike Ella French - stretch out to an unknown length. Mr. Danzy will always carry the blood of Ella French on his hands. Perhaps he will find a new beginning in five years imprisonment. There will be new beginning for the woman whose life he took by providing the trigger. He is responsible for her permanent death. But he has life ahead of him. Most respectfully, Eileen Conroy-Gilhooly
Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

November 28, 2022

May It Please The Court:

. Thank for you for taking the time to read this letter, it is very important and personal to me. I was the commanding officer of the unit that Ella French, Carlos Yanez Jr and Joshua Blas were assigned to the night of August 7, 2021. That night forever changed many people's lives. Most notably, while bravely serving the citizens of the City of Chicago, Ella was murdered, her life cut short. A young, healthy, brave woman who would not see her 30th birthday. Carlos' life forever changed, both physically and mentally. A young family man, full of life and selflessness. A man that just wanted to serve the community and make it a safe place for all. Now, a man whose resilience and determination has allowed him to beat the odds and survive, but he will never be able to continue to serve, protect and honor the oath he took several years ago. Josh physically survived that night, but continues to deal with the scars of a violent trauma that nobody should have to navigate. A young officer who just wanted to gain knowledge and experience on the streets so he can become a detective and solve crimes to bring justice to victims across the city. Luckily Josh is on his way to accomplishing his goals, but a piece of him was murdered that night and he will never be the same. These are merely three examples of the countless number of lives changed due to Mr Danzy's actions. Will Carlos, Josh and all of us still healing ever see justice served for the murder Officer Ella French?

It was not a split-second decision that led to her murder. This decision happened over days and was made by multiple people. The defendant, Mr Danzy, did not literally pull the trigger, but his actions made it possible for the trigger to be pulled. Straw purchasers make money by buying firearms and selling them to people who cannot purchase them. Mr Danzy knowingly bought the Glock .22 semi-auto pistol for a criminal who could not buy it on his own. That same Glock was used in the attempt murder of Carlos and Josh and ultimately in the murder of Ella French. For a small profit, Mr Danzy purchased the murder weapon for someone who has a propensity for criminal behavior and that the State has deemed not suitable for owning a firearm. The defendant made all the decisions for himself and admitted that he did this more than once. Ella French was not afforded the background check that would have kept the murder weapon out of the killer's hands. Ella French was not afforded any deference in this process.

The court is tasked with handing down a sentence that is congruent with the crime. Mr Danzy's criminal decision led to murder and the sentence should be in line with the crime. Mr Danzy was an integral piece needed to carry out the actions resulting in the violent murder of Officer Ella French and the life altering injuries to Carlos Yanez Jr and Josh Blas. His sentence should let people know that the self-serving decision to be a straw purchaser has consequences. Firm consequences let us know that the Court, judicial system, and society cares enough to send a stern, fair message to other would-be straw purchasers that their decision will not end when they profit from selling a gun they've purchased for a criminal. Their decision should haunt them all the way to prison. That is why I respectfully request and support Mr Danzy to receive the maximum sentence of five years. Five years cannot undo the results of the irresponsible, negligent and unlawful decisions that Mr Danzy made, but it can send a message that this will not be tolerated. Perhaps we can begin to deter others like Mr Danzy who may not be pulling the trigger that causes the destruction, but like Mr Danzy, make this violent destruction of civility possible. Thank you for your time and consideration.

Cmdr. M Linas
Commander Melinda Linas
Chicago Police Department

November 26, 2022

Lt. Megan S. W. Curry #776
007th District – Englewood
1438 W 63rd St
Chicago, IL 60636

Re: Sentencing of Jamel Danzy

Dear Judge Robert W. Gettleman,

Actions have consequences. It is something that we, as parents, are constantly trying to instill in our children to ensure they make good choices. We've heard these words frequently said in schools by our teachers. It is also one of the foundational premises of our criminal justice system. To knowingly make a choice that is unlawful, committing a crime and thereby impacting the lives of many others is an action that should have serious consequences. Jamel Danzy knowingly and unlawfully provided a weapon to someone he knew that should not possess such a weapon. With full knowledge, he knew it was illegal for Eric Morgan to possess a gun. Danzy stated that he was purchasing that gun for *himself*, and yet he purchased it and provided it to Morgan anyway. That gun was then used by Emonte Morgan, brother of Eric, to kill Police Officer Ella French and seriously wound Police Office Carlos Yanez.

We ask that the court impose the maximum sentence of five (5) years for Jamel Danzy's straw purchase of the weapon used to kill Officer Ella French and that has additionally forever impacted the lives of Police Officers Carlos Yanez and Joshua Blas. We know that the length of the sentence will not bring back Officer French, nor does it restore Officer Yanez's eye sight to his right eye, nor does it erase the trauma sustained by Officer Blas or Officer Yanez or the families of each of these officers. But it does show that in a civilized society, ruled by laws, actions have consequences. Jamel Danzy's actions had profound and everlasting consequences and he should face just sentencing for his actions.

We thank you for your time and consideration.

Sincerely,

Lt. Megan S. W. Curry #776

Members of the 007th District, Chicago Police Department:

#3250

#15439

1

## MAXIMUM SENTENCE

Nari Haro <cpdblue76@aol.com>
Tue 11/29/2022 1:30 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Your Honor,
ELLA FRENCH will never be a mother. Her mother will never be a grandmother! Her youth was stolen and DANZY is 100% responsible for this...just as much as the shooter! Yanez is recovering but how does anyone ever fully mentally recover from such violence? Police are not the enemy. We are the last line of defense for those needing protection. CPD is now two officers light of that calling! God willing Yanez will return! Please honor their lives of selflessness by sentencing DANZY to the maximum sentence for his act of selfishness. If not for PO FRENCH AND PO YANEZ...then for every innocent citizen to feel safer....for the families of these heroic officers...and simply to honor the rule of law! Had PO FRENCH survived she would be living a law abiding life of service. DANZY cannot ever say that about his life. Even if he has regrets, he is welcome to take those to prison with him. He should lose his freedom for the maximum time the law allows because FRENCH'S mother has forever lost her daughter and maybe prison can be his chance for redemption and change!
I knew FRENCH and she was like every other young officer, eager to do great things! Your Honor, you have a chance now to do something great for her and PO YANEZ.
BE SAFE AND I WILL PRAY THAT GOD GUIDES YOU IN YOUR DECISION.
Sincerely,
Lt. Nari Haro #347
Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.



CHICAGO POLICE MEMORIAL FOUNDATION

10343 South Pulaski Road ✕ Chicago, IL 60655 ✕ 312.499.8899 ✕ www.CPDmemorial.org

11/28/2022

Judge Robert Gettleman
219 S Dearborn-Chambers 1788
Chicago, IL 60604

Dear Judge Gettleman,

As you are aware, Officer Ella French was shot and killed and Officer Carlos
Yanez Jr. was shot and sustained critical injuries during a traffic stop on August 7, 2021. A Glock
.22 caliber semi-automatic pistol was recovered on the scene and it was determined to be
the weapon that was used to shoot these officers. During their investigation, ATF Agents
learned that Jamal Danzy was the original purchaser of that weapon. ATF Agents interviewed
Danzy who related that he had knowingly purchased this firearm and was buying it for a
convicted felon who could not legally possess it. Danzy further admitted that he
had also illegally purchased another firearm for another convicted felon in the
past.
Jamal Danzy is the self-admitted straw purchaser of the weapon that resulted in the
tragic murder of Officer Ella French, the attempted murder and catastrophic injury
of Officer Carlos Yanez Jr., and the attempted murder of Officer Joshua Blas. Mr. Danzy is
scheduled to be sentenced in your courtroom on December 14, 2022. Due to the tragic
circumstances that Danzy's illegal actions put into play, I am requesting that strongly consider
sentencing Jamal Danzy to a five-year sentence in a federal penitentiary, the maximum allowed
by law. Thank you for your consideration in this matter.

Best Regards,

Joseph Salemme

Joseph Salemme
Director of Operations
Chicago Police Memorial Foundation



Lori E. Lightfoot
Mayor

Department of Police · City of Chicago
3510 S. Michigan Avenue · Chicago, IL 60653

David O. Brown
Superintendent of Police

November 28, 2022

Hon. Robert W. Gettleman
Senior District Judge
Northern District of Illinois

Your Honor,

I hope that you are well today. I would like to take this opportunity to encourage you to consider sentencing Straw Purchaser Jamal Danzy to the maximum allowable sentence for his role in putting weapons in the hands of convicted felons. Danzy's purchase of guns for felons led to the murder of Officer Ella French and also resulted in the career-ending injuries suffered by Officer Carlos Yanez Jr.

Danzy's decisions to illegally buy guns for convicted felons resulted in the horrible murder of a young officer and catastrophic injuries to her partner. Their families, friends, and coworkers will always bear the pain that stemmed from Danzy's actions. I believe that imposing the maximum allowable sentence on Danzy will let others know that there are repercussions for buying guns for felons. It will also let Danzy know that he is being held responsible for his role in buying weapons illegally.

Thank you in advance for your time and consideration.

Brendan McCrudden
Commander, 20th District
Chicago Police Department



| Lori E. Lightfoot | Department of Police • City of Chicago | David O. Brown |
|---|---|---|
| Mayor | 3510 S. Michigan Avenue • Chicago, Illinois 60653 | Superintendent of Police |

Jon P. Hein
District Commander
018th District
1160 N. Larrabee Street
Chicago, Illinois, 60610
Chicago Police Department

November 28, 2022

Dear U.S. District Judge Robert Gettleman,

On behalf of the 18th District, I am writing this letter to express my support for the maximum sentence of five years for defendant Jamal Danzy. Defendant Danzy's reckless and lawless behavior of illegally purchasing a weapon for a convicted felon on more than one occasion demonstrates how he is a danger to society. This individual's actions were reprehensible and directly led to the tragic murder of Officer Ella French, whose loss brings heartache every day to the men and women in blue, as well as those who she served. Officer Carlos Yanez Jr. was also shot and sustained critical injuries during this same incident, changing his life forever. It is my humble request that Jamal Danzy be brought to justice.

Sincerely,

Jon P. Hein

Jon P. Hein
District Commander
018th District

Esteemed Judge Robert Gettleman,

My name is Chief Angel Novalez; I am submitting this letter to respectfully provide insight as to the catastrophic impact the loss of Police Officer Ella Grace French has had on the Chicago Police Department. Officer French was a wonderful and caring person, she volunteered to work a difficult schedule in communities in need due to high incidents of violence. Officer French felt the need to help communities being held hostage by the few whom choose to create chaos. Individuals who choose to engage in violent criminal activities hold community's hostage, negatively impact the quality of life of residents and shake the sense of safety of persons who patronize the neighborhoods. Officer French understood this and that is why she left the comfort of a district assignment and joined a difficult citywide assignment. Police Officer Ella French was a unique individual, but she reflects the large population of young officers who are part of the Chicago Police Department. Young Police Officers identified with Ella; they shared a kinship with her even if they did not know her. Officers across the city felt the loss, they were scared and in the dark corners of their mind felt abandoned. Officers expressed to me that their faith in the calling was shaken, but for Ella Grace French they would endure.

The Second Amendment is a right that comes with immense responsibility; for this individual to shirk that responsibility and assist a criminal to obtain a weapon is a betrayal of the constitution and to the law-abiding community members of this beautiful state. The City of Chicago is enjoying a decrease in gun violence but is still struggling with the carnage brought on by firearms; straw purchasers make these problems worse. Esteemed Judge your application of sentence is a difficult task; I ask that you consider the Police Officers across the state who are painfully waiting for justice for the death of Police Officer Ella Grace French. I ask you to consider the members of the communities that live where Ella Grace served; I believe that if you use this as your compass you will find yourself applying the right corrective consequence to the offending individual. Thank you for the opportunity to address you in this letter.

Angel Novalez
Chief of the Office of Constitutional Policing and Reform
Chicago Police Department

_ _ _ _ _ _ _ _ ns Ministry_

_/ ♀ Chicago, Illinois 60607_

_www.ChicagoPCM.org_



November 30, 2022

Judge Robert W. Gettleman
Everett McKinley Dirksen Federal Building
219 S. Dearborn Street, Room 1703
Chicago, IL 60604

RE: Defendant Jamal Danzy

Your Honor:

Greetings from the Chicago Police Chaplains' Office.

I write seeking justice for Chicago Police Officer Ella French, who was murdered on 07 AUG 2021, and Officer Carlos Yanez Jr., who was critically injured by the same offenders that fateful evening.

Seeing that the gun used in this heinous crime was procured via a straw purchase, I humbly implore you to punish the purchaser, Jamal Danzy, to the **fullest** extent of the law.

**Thank you** for your consideration. God bless you and the important work you do.

Gratefully,

Fr. Dan Brandt

Rev. Daniel J. Brandt
*Director*



| **Lori Lightfoot**<br>Mayor | **Department of Police** · **City of Chicago**<br>3510 South Michigan Avenue · Chicago, Illinois 60653 | **David O. Brown**<br>Superintendent of Police |
|---|---|---|

November 29, 2022

The Honorable Robert Gettleman
219 S. Dearborn Street
Room 1704
Chicago, IL 60606

Re: <u>United States v. Jamel Danzy</u>, No. 21 CR 491

Dear Judge Gettleman:

Superintendent of the Chicago Police Department, David Brown, submitted a letter to the Court respectfully asking that Jamel Danzy be held accountable for illegally purchasing the firearm that was used to murder Officer Ella French and permanently injure Officer Carlos Yanez. Jamel Danzy knowingly bought the firearm for a convicted felon who could not legally possess the gun.

I write this letter in support of Superintendent Brown's request that Jamel Danzy be held accountable as he appears before you for sentencing. Like Superintendent Brown, I respectfully request that Jamel Danzy be sentenced to the maximum sentence permitted by law

Sincerely,

Tina M. Skahill

Tina M. Skahill
Executive Director
Chicago Police Department

**Letter to Judge Gettleman**

Ryan, Conor <Conor.Ryan@chicagopolice.org>
Thu 11/24/2022 10:55 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Judge Robert Gettleman,

I am writing to you requesting that you sentence Jamal Danzy to the maximum amount of time for his actions. Without Danzy illegally purchasing that firearm my fellow officer Ella French would be sitting at home enjoying thanksgiving dinner with her family as I write this letter. Carlos Yanez would still be a full duty officer without the chronic pain he lives with every day. My Academy classmate Josh Blas would not have to live the remainder of his life with the incomprehensible survivor's guilt he carries. These three lives along with all of their family, friends and coworkers were forever changed because of Jamal Danzy. Danzy needs to be punished and made an example of. Thank you for your consideration.

Regards,
Police Officer Conor Ryan #14090
Chicago Police Department

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Jamal Danzy

Patrick Murray <patrickjmurray@att.net>
Tue 11/29/2022 9:53 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

  My best friend was John Knight . He along with Michael Ceriale were killed in 1998 and 1999. Both officers were killed by offenders who had guns purchased by straw purchasers . In reality these criminals were responsible for the deaths of these officers just as the one who pulled the trigger. History repeats itself over and over until there comes a time when something needs to be done .

  A message needs to be sent that this is not how society should treat this problem . Please sentence this convicted criminal to the mandatory sentence .


Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Sentencing of Jamal Danzy

Jack Ridges <pensioneer1@yahoo.com>
Tue 11/29/2022 11:48 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

November 29, 2022

Hon. Judge Gettleman,

Please sentence Jamal Danzy to the maximum sentence provided by the law. In 1985 my 29 yr old brother, Cook County Sheriff's Police Officer Michael W. Ridges was shot and killed in the line of duty. Dwayne Coulter was sentenced to life without parole in 1987 and is still serving his time in the Illinois State Penitentiary. The weapon used was obtained under similar circumstances to those in the Ella French murder. Please understand that Michael's murder was a huge loss to his wife and to all his family and friends and, although it will never vindicated in our minds, hearts, or souls, our pain has been lessened considerably with the knowledge that the law was applied appropriately.

John W Ridges, Jr
Retired, Chicago Police Dept.

Sent from my iPad
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy Sentencing**

Buehler, Erik B. <Erik.Buehler@chicagopolice.org>
Tue 11/29/2022 1:49 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Hello Sharon,

If you could forward this letter to the appropriate people. Thanks.


To whom it may concern,
I am writing you regarding the sentencing of Jamal Danzy. I believe it is imperative that he be sentenced to the maximum time to be served for his crimes. If there is no penalty for straw purchasing a firearm for someone who then uses it to kill a police officer, wound another and attempt to kill a third. Then what would stop them from doing the same with a gun that is then used to kill an innocent child, mother, or anyone else for that matter. A stand now with a stiff penalty would show that there is zero tolerance and make an example of Mr Danzy for all others who would seek to commit the same crime.

I again ask you impose the stiffest penalty on Mr Danzy.

Thank you.

Erik Buehler


Get Outlook for Android


This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Jamel Danzy

Alex K <sedona3333@gmail.com>
Tue 11/29/2022 1:52 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I feel and think that Jamel Danzy is deserving of a maximum sentence for his part in the atrocious crime that left one office killed and another injured, he was complicit. He made these crimes possible and may only feel true remorse after he serves the max sentence of 5 years.

Sincerely,

Alexandra Kaminsky widow of Thomas Robert Kaminsky star #10187

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.



November 29, 2022

Judge Robert W. Gettleman
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

        Re:    Jamal Danzy's Sentence

Dear Honorable Gettleman:

As the Chairwoman of the Chicago Police Department Gold Star Families, a group that consists of surviving family members of Chicago Police Officers who have died in the Line of Duty, I am writing to implore the Court and your Honorable Judge to decree the maximum sentence of five (5) years to Jamal Danzy, who was the original purchaser and said person that supplied the weapon that resulted in the tragic murder of Officer Ella French, the attempted murder and catastrophic injury of Officer Carlos Yanez Jr and the attempted murder of Officer Joshua Blas on August 7, 2021 during a traffic stop.

Police Officer Ella French was a 3½-year veteran of the Chicago Police Department and was assigned to the Community Safety Team. She was survived by her mother and brother. Police Officer Carlos Yanez Jr served with the Chicago Department for several years and now has a long recovery due to being terribly injured, and unfortunately, he will be unable to return work to assist in supporting his toddler son and wife. Police Officer Joshua Blas has honorably returned to work as a Chicago Police Officer to continue to serve the City of Chicago. I write on behalf of Officer Ella French's family, Officer Carlos Yanez Jr., Officer Joshua Blas and, indeed, all Gold Star families to please consider the horrific impact the murder of Officer French, awful injuries endured by Officer Yanez, and the attempted murder on Officer Blas have had on them and their families. Please do not make all of their willingness to put themselves in harm's way in service to the people of the City of Chicago be in vain.

I appreciate your time and consideration of my statement for the Court to consider during the assessment of this case and decision of sentence for Jamal Danzy for his wrong doings. If my statement should be used, please do not disclose my identity or those who have additionally signed below in support, as I fear our lives and the lives of the officers' families may be at risk of harm.

Sincerely,

**Straw Purchase sentencing**

Voitik, Dylan S. <Dylan.Voitik@chicagopolice.org>
Tue 11/29/2022 12:28 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Good afternoon your honor,

My name is Dylan Voitik and I have been with the Chicago police department for 5 years. I emailing you in regards to defendant Danzy who made an illegal straw purchase that ended the life of officer French and critically wounded her partner Officer Yanez along with officer Blas. Straw purchases are an ongoing issue in this state and in this case ended the life of one officer and changed the lives of 2 others. To not sentence the defendant Danzy to the maximum of 5 years would be a slap in the face of every Chicago police officer that took the oath to protect these streets. I'm hoping that you will make the correct decision.

Thank you for your time,
Dylan Voitik

Get Outlook for iOS

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Letter urging max sentence for Jamel Danzy

Jay McDonald <jmcdonald@marionohio.org>
Mon 11/28/2022 5:16 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Honorable Judge Gettleman,

The murder of Officer Ella French and the attempted murder of Officers Carlos Yanez and Officer Josh Blas was an attack on law enforcement officers throughout Illinois and it was felt across the country. Everyone convicted in connection to this heinous crime should receive the maximum sentence allowed by law, this certainly includes Mr. Jamel Danzy.  Mr. Danzy's actions directly led to the death of Hero Officer French and the grievous wounding of Hero Officer Yanez and he should be held to account for his own actions.

I am urging you to impose the greatest sanctions allowable in this case to send a message that the murder of a law enforcement officer and the life altering assault on a law enforcement officer are crimes in which nothing less than the maximum will be imposed on criminals who are willing to attack and kill the rule of law and those that uphold it.

Please, please Judge Gettleman... send this message to eveyone in the community that this kind of violence will be met with the harshest of sentences to anyone who commits it.

Jay McDonald
Chief of Police - Marion, Ohio Police Department
740-387-2525 ext. 1105
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide
User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact
the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE
to report Junk Email or SPAM.

November 28, 2022

The Honorable Robert W. Gettleman
District Judge
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Gettleman:

On August 7, 2021, Chicago Police Officer Ella French was shot and killed in the line of duty conducting a traffic stop. During the same traffic stop, Chicago Police Officer Carlos Yanez, Jr. was also shot in the line of duty and critically injured while Police Officer Joshua Blas was fired upon. These senseless and outrageous acts of violence can be traced directly back to a straw purchase made by Jamal Danzy.

**Officers of the Community Safety Team – the team Officers Ella French, Carlos Yanez Jr. and Joshua Blas fearlessly served on – demand justice. We urge you to prosecute Jamal Danzy to the full extent of the law. Danzy is a convicted felon who has used straw purchases on several occasions to supply known offenders with illegal firearms and should be sentenced to the maximum penalty of five years.**

We all know that policing can be physically dangerous, but we cannot underestimate the emotional toll that seeing offenders go unchecked has on officers and community members. It bears an impact that words may never express. Jamal Danzy has repeatedly broken the law and enabled a number of others to do the same and enact violence. His role in the tragic events of August 7, 2021, are undeniable and cannot go unpunished. A maximum sentence sends the message that the court will not tolerate violence and will do everything in its power to ensure justice.

Respectfully,

Lieutenant Thelma Vega
Acting Commander - Citywide Community Safety Team
Chicago Police Department

**Max sentencing**

Barraco, Lisa M. <Lisa.Barraco@chicagopolice.org>

Tue 11/29/2022 10:27 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

To whom in may concern,

My name is Officer Lisa Barraco and I'm writing in regards to the max sentencing of Jamal Danzy.  5 years hardly seems like any type of punishment considering the continuous pain and suffering  Ella French's mother and entire police departments across the nation have had to endure since her tragic death. Ella's mother will never see Ella get married, have children or celebrate any special milestones because of the actions of Jamal Danzy.

I'm asking that Jamal Danzy serve his maximum sentence of 5 years for the crime he has committed that has destroyed so many many lives and robbed Ella's mother of her daughter's precious life.

Sincerely, Officer Lisa Barraco

Officer Lisa Barraco
Older Adult Liaison
012 District Community Policing Office
1412 S Blue Island
(312) 746-8306

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Jamal Danzy**

John Catanzara <john.catanzarajr@chicagofop.org>
Tue 11/29/2022 3:47 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
Judge Gettleman,

In the sentencing hearing for Mr .Danzy, I humbly request you impose the maximum sentence allowed. As the leader of this organization, I can attest firsthand to the damage his actions caused to our membership in the French/Yanez shooting. There is definitely work to be done on our end with enhancements for straw purchases leading to death and more so law enforcement death, but you have the ability to send a strong a signal as possible currently. It will mean a lot to law enforcement in this city, county and state. Thanks you for your consideration in this matter.

John J. Catanzara Jr.
President
FOP Lodge 7 Chicago

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy Sentencing**

bobeschwind@yahoo.com <bobeschwind@yahoo.com>
Tue 11/29/2022 11:20 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Your Honor,

Mr. Danzy knew that being the straw man on the purchase of the weapon that there was a high probability that the weapon would be used to maim or kill a person. It does not matter who the injured or murdered person was nor what they would have contributed to the common good of the community and Mr. Danzy must take responsibility for having been a part of the injury of Carlos Yanez and murder of Ella French. Mr. Yanez will be punished every day for the rest of his life with his injury and memory of it and Ms. French will never again breathe the air of Chicago because of Mr. Danzy.

Therefore, I would urge you to impose the maximum sentence on Mr. Danzy.

Thank You for considering my words,

Robert E Schwind
Citizen of Chicago

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Jamal Danzy

John Roberts <jroberts2196@gmail.com>
Tue 11/29/2022 11:17 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
Honorable Judge Gettleman

My name is John Roberts and a retired Chicago Police Lieutenant. I served thirty-two years primarily working in the Detective Division in the Violent Crimes section. I have seen firsthand the effects of gun violence.

During my tenure with the Chicago Police Department I had the occasion to work on the Department's Firearm Investigation Team conducting firearm related investigations and straw purchases.

I know you are aware Jamal Danzy was the individual who made the straw purchase of the gun which he gave to the Morgan brothers. That gun killed Ella French, injured Carlos Yanez and attacked Josh Blas.

I am asking you to please sentence Jamal Danzy to the maximum sentence of 5 years.

Thank you for your time,

John Roberts

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

November 29, 2023

Judge Gettlemans

I am writing this letter to express my deep concern on the sentencing of Jamal Danzy. This person should not see the light of day, let alone a maximum of just 5 years.

The devastation that followed his action, selling the gun to the Morgan Brothers, is unthinkable.

These Officers and their families have gone through enough. They will have lifelong hurdles to climb and a mother who lost her daughter.

Please, please, please keep the Officers and Ella's mother in mind when it comes to your decision.

ST. TIMOTHY J. FITZPATRICK #8646

Dear Honorable Robert Gettleman,

My name is Steven Ruzas. I am a Sergeant with the Chicago Police Department. I am writing you in hope that you will impose the maximum sentence of five(5) years in the sentencing of Jamal Danzy. The defendant confessed to ATF agents that he knew he was selling a weapon to a convicted felon. The weapon that Jamal Danzy purchased was then used to murder Police Officer Ella French and critically injured Police Officer Carlos Yanez Jr. The weapon was also used in the attempted murder of Police Officer Joshua Blas. Thank you for taking the time to read my letter.

Respectfully,

Sgt Steven Ruzas #1488

Sentencing Email

Michael C <COZ4487@msn.com>
Tue 11/29/2022 10:03 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Your Honor,

As a lifelong resident of the city of Chicago I have lived through the decline of this once great city.

Unfortunately, there are way too many contributing factors to mention.

Today, you have the opportunity to send a message to others considering to add to the lawlessness we have all experienced in this last couple of years.

I implore you to PLEASE sentence the guilty offender the Maximum sentences allowed.

I understand you are limited by sentencing guidelines and that the maximum sentence will not even start to mend the lives that have been devastated by the defendant. But, it's a step in the right direction.

Respectful yours,

Michael J. Cosentino

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Dear Honorable Judge Robert Gettleman

My name is Officer Pawel Statkiewicz. I am Police Officer with the Chicago Police Department. I am writing this letter in hope you will impose the maximum sentence of five years in the sentencing of Jamal Danzy. On 08 August 2021, ATF agent learned that Jamal Danzy was the original purchaser of the weapon that was used on 07 August 2021 when Officer Ella French was shot and killed, and Officer Carlos Yane Jr. was shot and sustained critical injuries. Jamal Danzy also admitted that he had illegally purchased this firearm and was buying it for a convicted felon who could not legally possess it. The weapon was also used in the attempted murder of Police Officer Joshua Blas. Thank you.

Sincerely,

#16471

P.O. Pawel Statkiewicz #16471

November 29, 2022

Dear Judge Gettleman,

On August 7, 2021, so many lives were ruined in so many different ways when Chicago Police Officer Ella Grace French was shot and killed during a traffic stop. During this tragic incident, Chicago Police Officer Carlos Yanez Jr. was shot and critically injured, and Chicago Police Officer Joshua Blas was fired upon.

Officers from the Community Safety Team are demanding that Jamal Danzy – a convicted felon who has supplied dangerous criminals with illegal firearms be prosecuted to the full extent of the law. We demand Jamal Danzy be sentenced to the maximum penalty of five years.

Judge Gettleman, thank you for your time and consideration in this matter.

Respectfully,

Sergeant Joseph O'Hara
Chicago Police Department - Community Safety Team

Maximum Sentence

Marie <yourbrnidgrl12@gmail.com>
Tue 11/29/2022 12:16 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Good Afternoon,

I am writing to you today, requesting that the Honorable Judge Gettleman gives Jamal Danzy the maximum sentence of 5 years for the straw purchase of the gun that Killed PO Ella French, shot and wounded PO Carlos Yanez and attempted to kill PO Josh Blas.

Respectfully,

PO Marie Gasca #6294
Unit Rep 166

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Re: Sentencing of Jamal Danzy.**

Hjhov83@sbcglobal.net <Hjhov83@sbcglobal.net>
Tue 11/29/2022 12:46 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
Dear Judge: Gettleman:

I urge you to sentence Jamal Danzy to the full term, of five years, for his straw purchase of the handgun used to kill Chicago police Officer Ella French and seriously wound her partner, Officer Carlos Yanez.

Danzy knew full well that he was breaking the law when he illegally bought the gun for Emonte and Eric Morgan. He also knew the brothers couldn't legally buy a gun for themselves and wanted one for criminal purposes.

Because of Danzy's criminal actions, Chicago lost two outstanding police officers, one killed in-the-line of duty, and the other to career ending injuries. (This type of crime serves to advance the agenda of those against the 2nd Amendment and makes it all the more difficult for law abiding gun owners.)

Sincerely,
Bruce R. Hovanec
Retired Chicago Police Officer

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide
User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact
the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE
to report Junk Email or SPAM.

**Jamal Danzy**

ELOISA CHAPARRO <chapsdl@aol.com>

Tue 11/29/2022 1:34 PM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Judge Gettleman, Sir I plea to you to give the maximum sentence to Jamal Danzy for his participation in the senseless murder of Police Officer Ella French , attempted murder of Police Officers Carlos Yanez & Josh Blas. There must be accountability for his action . Chicago residents need to see a return to civilized conduct in our great city .

Thank you
Retired P.O. Eloisa Chaparro

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy sentencing**

Bill Donnelly <williamdonnelly3@gmail.com>
Tue 11/29/2022 11:03 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Greetings Judge Gentleman. I write you at this time to ask that you consider the maximum sentence for Jamal Danzy. The repeated assaults on our police have to stop. Danzy chose to participate in this gun transaction. His actions were indeed a part of the attack on these officers. He needs to be held accountable. Please Judge, give Jamal Danzy the maximum, 5 years in the penitentiary.

William Donnelly
Retired Police Officer

Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Jamel Danzy

Svec, Josephine <jsvec@bsd100.org>

Wed 11/30/2022 10:55 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Please consider the maximum sentence for Jamel. Make him an example to others. Why should he get off light, his gun took a life., A wonderful person is gone. Her family and friends will never be able to hear her voice, hear her laugh, feel her hugs. Her family will never be able to tell her how much she is loved.
Don't make it easy on these people who sell firearms to criminals.

Thank you for your time and consideration.

--

**Mrs. Josephine Svec**

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

SENTENCING OF JAMAL DANZY

Frank Skorek <frank2345@att.net>

Tue 11/29/2022 10:32 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Undersigned retired Chicago Police detective of thirty two (32) years of service respectfully request that the sentencing honor execute the full maximum years of incarceration for the convicted prisoner Jamal Danzy, who's felonious actions resulting g in the death of a Chicago Police officer and the extensive injuries to her partner in the performance of their lawful duties.

Let us honor these officers by following the sentencing guidelines to the fullest.

Respectfully,

Det. Frank W. Skorek #21295 (retired)


Sent from AT&T Yahoo Mail on Android

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

## Maximum sentence for Jamal Danzy

Larrystuckert@sbcglobal.net <Larrystuckert@sbcglobal.net>

Tue 11/29/2022 9:53 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

To whom it may concern,

I am strongly urging you to give Jamal Danzy the maximum sentence for murdering Ella French and for seriously injuring Carlos Yanez with a weapon that Jamal Danzy purchased. Had he not purchased that weapon those officers would not have been killed and injured. Thank you for your consideration in this matter.

Lawrence Stuckert

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danny sentencing**

John Duffy <jjd612@gmail.com>
Tue 11/29/2022 10:43 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Honorable Judge Gettleman;

       I am writing you this morning to request that defendant Jamal Danzy be sentenced to the maximum sentence of five years in Federal Prison.

The straw purchase of the firearm that took the life of Chicago Police Officer Ella French and the wounding of Officer Carlos Yanez should carry a higher penalty when used in a homicide. Please consider the pain and suffering that has ravaged the French and Yanez families when sentencing Jamal Danzy.

Retired C.P.D. Detective
John Duffy

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy sentencing**

susan castro <scastro5o@yahoo.com>
Tue 11/29/2022 10:01 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Honorable Judge Gettleman,

I am writing to request you sentence Jamal Danzy to the maximum sentence.

The gun he purchased led to the death of Police Officer Ella French, the injury of Police Officer Carlos Yanez and the attempted murder/injury of Officer Josh Blas.

That is less than 2 years for each of those officers/victims. Each of those officers were doing their duty and enforcing the law.

The violence against our police officers/ protectors must be stopped.

Thank you for reading my plea for justice.

Susan Castro
Retired Chicago Police Detective/Law Abiding Citizen

Sent from my iPad

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Dear Honorable Judge Robert Gettleman

My name is Officer Andres Tapia III. I am Police Officer with the Chicago Police Department. I am writing this letter in hope you will impose the maximum sentence of five years in the sentencing of Jamal Danzy. On 08 August 2021, ATF agent learned that Jamal Danzy was the original purchaser of the weapon that was used on 07 August 2021 when Officer Ella French was shot and killed, and Officer Carlos Yane Jr. was shot and sustained critical injuries. Jamal Danzy also admitted that he had illegally purchased this firearm and was buying it for a convicted felon who could not legally possess it. The weapon was also used in the attempted murder of Police Officer Joshua Blas. Thank you.

Cordially,

P.O. Andres Tapia III

Roberto R. Garduno
3510 S. Michigan Ave
Chicago, IL 60653
November 29, 2022

U.S. District Judge Robert Gettleman:

My name is Officer Garduno, I am a Chicago Police Officer and have been since June of 2016. I was working the night that Officer Ella French was murdered and Officer Carlos Yanez Jr was shot. I am writing this letter in support of fallen Officer Ella French, Officer Carlos Yanez Jr, and Officer Joshua Blas.

Fallen Officer Ella French whose life was taken from her, Officer Carlos Yanez who was catastrophically injured, and the attempted murder of Officer Joshua Blas all of which was a direct result of the actions of Jamal Danzy who purchased the weapon used in this crime.

I am asking for your support in sentencing this criminal Jamal Danzy to the maximum sentence so that the family of these officers can have some form of closure and so that a clear message is sent to anyone who wishes to illegally purchase a weapon for a convicted felon.

Thank you for your time and consideration in this matter

Sincerely,

Police Officer Roberto R. Garduno

To whom it may concern,

I am writing this letter concerning the sentencing of Jamal Danzy. I read that Danzy illegally bought a handgun for a convicted felon. This handgun was then used in the murder CPD Officer French, the attempt murder and catastrophic injury of CPD Officer Yanez, and the attempt murder of CPD Officer Bias.

Based on the tragic event that took place on 07 August 2021 regarding these officers, I strongly believe that Danzy should be given the maximum sentence of 5 years in prison.

Danzy should be held accountable for his actions which resulted in this tragedy. This type of illegal activity happens too frequently and many people are injured or killed as a result. Keeping Danzy from wrongfully purchasing more handguns for at least 5 years will make society safer even if it is only one person.

Thank you for your consideration in this matter.


Sincerely,

Alan Lasch

Alan Lasch

Sergeant

Chicago Police Department

020th District

November 30, 2022

Judge Robert W. Gettleman
Everett McKinley Dirksen Federal Building
219 S. Dearborn Street, Room 1703
Chicago, IL 60604

RE: Defendant Jamal Danzy

Your Honor:

I write to you seeking justice for Chicago Police Officer Ella Grace French, who was viciously murdered on 07 AUG 2021. Officer Carlos Yanez Jr. was critically injured during the events that occurred on the same night.

Considering that the gun used in this heinous crime was procured via a straw purchase, I vehemently urge you to punish the purchaser, Jamal Danzy, to the **fullest** extent of the law.

Thank you for your attention to this matter.

A Concerned Citizen and Proud Police Supporter,

Anastasia DeLeo

**Anastasia DeLeo**

Jamal Danzy

Todd <tski012@gmail.com>
Tue 11/29/2022 9:52 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Jamal Danzy should no doubt, get the maximum sentence of 5 years due to the fact that his disregard of the law, gave another person the opportunity to take a human life and injure many others, not only physically but mentally. It would be an injustice to not give him the maximum of 5 years.

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Maximum Sentence

JOANNE CONNELLY <jhammer40138@yahoo.com>
Tue 11/29/2022 9:56 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

As a retired officer, having worked the streets for 28 years, 2 months, and 2 days, I know how dangerous they can be. I still have relatives on the job, facing unknown circumstances every time
there is a call for service, or an on-view incident.
That being said, I request the maximum sentence be imposed for this person who, for money, knowingly and willingly, went out of his way to purchase legal weapons, to give to those who should never had had access to a weapon.
Had he not done so, Officer French would still be here, and the others would not have been injured.
To honor Officer French, and what she and I and all our officers stand for, I humbly request that the
maximum sentence be imposed on this person, whose name I will not state. He deserves no recognition
and deserves only that the justice allowed by law be imposed.
Retired Detective JoAnne Hammermeister *20169

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy**

Barb <rbski4@yahoo.com>
Tue 11/29/2022 10:06 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I urge you to give the maximum sentence to Jamal Danzy for the purchase of the gun that killed Officer Ella French, and seriously injured Officer Carlos Yanez Jr., also injuring Officer Joshua Blas. It is time for the law to be followed!
Respectfully,
Barbara Skwarski
Retired Chicago Police
Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

November 29, 2023

Judge Gettlemans

I am writing this letter to express my deep concern on the sentencing of Jamal Danzy. This person should not see the light of day, let alone a maximum of just 5 years.

The devastation that followed his action, selling the gun to the Morgan Brothers, is unthinkable.

These Officers and their families have gone through enough. They will have lifelong hurdles to climb and a mother who lost her daughter.

Please, please, please keep the Officers and Ella's mother in mind when it comes to your decision.

Maggie O'Grady
Administrative Assistant
Fraternal Order of Police
Chicago Lodge 7

**Judge Gettleman**

Robert Drewke <tacmann@sbcglobal.net>
Tue 11/29/2022 11:23 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Dear Judge Gettleman,

Please give the maximum sentence to Jamal Danzy.
The loss of life and the grief he's helped cause deserve the maximum sentence. The maximum is nothing compared to the loss and physical issues that the police officers and their families will have to endure.

Thank you!!!
Retired P.O. Robert Drewke


Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Letter

kay huff <kayhuff@att.net>
Tue 11/29/2022 12:00 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Dear Judge Gettleman,
I respectfully ask Jamal Danzy be given
the full five year sentence for his
offense. The impact of his offense will
reverberate for years.
Sincerely ,
Kay Huff

Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID
(PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City
of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report
Junk Email or SPAM.

**Jamal Danzy Sentencing**

ROBERT BAIKIE <rtbaikie@gmail.com>
Tue 11/29/2022 12:06 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

  I am writing this email to the Federal Court Judge Gettlemans. Your Honor,
I am a retired Chicago Police Officer after serving the City of Chicago for over 32 years. Ella's French lost her life serving the City of Chicago and because of a straw purchase of a weapon that took her life and forever altered Officers Yanez and Blas life. I am requesting that you impose the maximum sentence. Thank you for your time and consideration.
        Sincerely,   Robert T. Baikie
                   CPD Retired
                   Forensic Investigator

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

RE: DANZY, JAMAL

Edward Bielawski <ebielaws4883@gmail.com>
Tue 11/29/2022 12:15 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

This email is in regards to the above DANZY, Jamal and his sentencing. I am hoping the assigned Judge considers the entirety of the circumstances and delivers the maximum sentence possible. Regards, D.C.O. E. Bielawski #2930 007th District Chicago Police Dept.

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

November 29, 2023

Judge Gettlemans

I am writing this letter to express my deep concern on the sentencing of Jamal Danzy. This person should not see the light of day, let alone a maximum of just 5 years.

The devastation that followed his action, selling the gun to the Morgan Brothers, is unthinkable.

These Officers and their families have gone through enough. They will have lifelong hurdles to climb and a mother who lost her daughter.

Please, please, please keep the Officers and Ella's mother in mind when it comes to your decision.

Katy Spenck
Executive Assistant
Chicago Lodge #7

## STRAW PURCHASER: JAMAL DANZY

Meg Anselmo <mego62@sbcglobal.net>
Fri 11/25/2022 1:39 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Straw Purchaser, Jamal Danzy, should be held accountable for his actions for the purchasing of a Glock .22 Semi Automatic. This illegally purchasing of a firearm was for a convicted felon who could not legally possess it and Danzy has admitted to doing this more than once.

On August 7, 2021, one of these illegal purchases resulted in the murder of, PO Ella French, critically injuring another, PO Carols Yanez Jr, and the attempted murder of, PO Joshua Blas.

Jamal Danzy should be held accountable for his actions and be required to serve the maximum of 5 (five) years for his numerous criminal actions.

Hoping justice is served,

~Margaret E. Anselmo


** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

29 November 2022

Judge Genttlemans

I am writing this letter requesting that you sentence Jamal Danzy to the maximum sentence of five years for his involvement in the murder of Chicago Police officer Ella French.

William Andino

**RE: Jamal Danzy**

St Clair Ii, Michael E. <Michael.StClairIi@chicagopolice.org>

Tue 11/29/2022 9:51 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

To Whom It May Concern,

My name is Michael St.Clair II. I have been a Chicago Police Officer for over 19 years. This correspondence is in relation to Mr. Jamal Danzy. I request the consideration for the administration of the maximum 5 year sentence. Guns have been proven to be deadly in our society; especially when in the wrong hands. Thank you for your time.

Respectfully Submitted,
Mr. Michael St.Clair II

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Maximum sentence**

Richards, Brian S. <Brian.Richards@chicagopolice.org>
Tue 11/29/2022 7:32 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Please ask the judge to impose the maximum sentence for the individual who supplied the gun that led to the death of Ella, French, and injuring to additional officers.

Thank you

FTO Brian Richards 19379
020th district
Sent from my iPhone

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Jamal Danzy Sentencing**

John DeBartolo <jonde14007@gmail.com>
Tue 11/29/2022 10:06 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Judge please sentence Jamal Danzy to the maximum sentence. Thank you for your cooperation

--

*John DeBartolo*
*Cell 773 848 8525*
*E Mail jonde14007@gmail.com*

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide
User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact
the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE
to report Junk Email or SPAM.

## Danzy Letter

Alexa, Michelene A. <Michelene.Alexa@chicagopolice.org>
Mon 11/28/2022 4:54 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Your Honor,

I am writing this to request that you show Jamal Danzy the same mercy that the Morgan Brothers showed Officers Ella French, Carlos Yanez, and Josh Blas - NONE. Jamal Danzy has already pled guilty and deserves the maximum sentence for his reckless and wanton behavior that forever changed the lives of Officers French, Yanez, Blas, their families, co-workers and friends. The only thing that Jamal Danzy should be given is the maximum sentence!

Respectfully Submitted,

Michelene A. Alexa
Commander
017th District
4650 N Pulaski Rd
Chicago, Il 60630
312-742-4590

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

## Letter for Jamal Danzy

darrin bourret <bourret001@yahoo.com>

Tue 11/29/2022 10:11 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

To Honorable Judge Gettleman

Im a retired chicago police officer and i would like to urge you to impose the maximum sentence to jJamal danzy. His actions took the life of Chicago police officer Ella French and severally injured officer yanez and officer blas.

Please take this in consideration at sentencing.

Thank you


Sent from Yahoo Mail for iPhone

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

## Sentencing of Jamal Danzy

MARK VACCARO <mnvaccaro@mac.com>
Tue 11/29/2022 10:27 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
29 Nov 2022

To whom it may concern,

The sentencing of this individual Jamal Danzy should be the maximum allowable by law. The killing of Law Enforcement undermines us all that wish to live in peace and with freedom. Anything less sends the message that it's ok to kill/fight/resist those who protect us and leads to anarchy, which nobody would ever want.

Wrong is wrong even if everybody is doing it, and right is right even if nobody is doing it!

Respectfully,

Mark Vaccaro
Registered voter
Chicago, ILL

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy**

Dominic Cantore <dcar54wru2@sbcglobal.net>
Tue 11/29/2022 10:54 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I Dominic Cantore Jr am urging the Judge in this matter to impose the maximum sentence. There has to be an end to this madness.

Sincerely:
Retired CPD Dominic Cantore Jr

Sent from my iPhone
** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

## Letter to Judge Gettleman

Jim Jakstavich <jjakstavich@chicagofop.org>

Tue 11/29/2022 4:30 PM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Dear Judge Gettleman, I am in opposition to any form of leniency towards offender Jamal Danzy. It would be an absolute travesty to if he did not serve the maximum sentence after his actions contributed to the murder of Officer Ella French and the attempted murder of Officer Carlos Yanez Jr. and Officer Joshua Blas. He should complete the entire duration of his sentence.

Thank You
Jim Jakstavich


** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Impose Maximum 5 year Sentence**

Claudio, Edward S. <Edward.Claudio2@chicagopolice.org>
Tue 11/29/2022 1:49 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>
Sgt Boyd,

I ask that court impose a maximum sentence of five years for the illegal gun sold in the case used in the shooting of two on duty Chicago Police Officers.

P.O. Edward Claudio #9548
007 District
312-928-2071

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**Jamal Danzy Case**

Carlo Virgilio <virg334@gmail.com>
Tue 11/29/2022 12:16 PM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Judge Gettleman please consider the maximum sentence in the case of Jamal Danzy. Thank you,
Carlo Virgilio
Retired Detective
Chicago Police Department


** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department.
**NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide
User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact
the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE
to report Junk Email or SPAM.

Maximum sentence

Ted Martyka <donelockinup@yahoo.com>
Tue 11/29/2022 10:39 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

As a retired Chicago Police officer , I am urging you to give Jamal danzy the Maximun Sentence for the Straw purchase that KILLED ella French .

Sincerely and with Great Gratitude , Thaddeus H. Martyka Jr. Retired CPD

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Send a message**

darrell reum <dublrnutn1@aol.com>
Tue 11/29/2022 9:50 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

With all the gun violence in our city please send a message and give the maximum amount allowed under law to Jamal Danzy.

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Max sentence / Ella French**

Nancy Perovic <nperovic1967@gmail.com>

Tue 11/29/2022 7:31 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Ms Boyd

Please ask that the court impose the maximum 5 year sentence for the illegal gun sold and used in the shooting of two police officers. #Ellafrenchneverforgotten

Nurse Nancy Perovic

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Ella's French

Judy Johnsen <jjohnsen@earthlink.net>
Wed 11/30/2022 9:59 AM
To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

I ask that you please impose the maximum 5 hear sentenc effort a crime committed with a gun. Gun violence has gotten pit of hand, and the deaths and injuries are tragic. We need to do everything possible to prevent these tragedies. Thank you.

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Jamal Danzy**

KIMBERLY GORDON <kgordon212@comcast.net>

Tue 11/29/2022 6:37 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Dear Sgt. Boyd,

Please include this email into the file for the request for the maximum sentence of five years for Jamal Danzy for his role in the gun sale and the shooting of two Chicago Police Officers. Carlos and Ella and the entire city deserve justice. I appreciate your time. Stay safe.

Respectfully,

Kimberly Gordon

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

**Judge Gettlemans**

JOSE C MARTINEZ <jmartinez7909@sbcglobal.net>

Tue 11/29/2022 11:04 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Honorable Judge Gettlemans I am writing this letter asking that you give Jamal Danzy the maximum sentence for providing the gun that killed officer Ella French and harmed so many in our police department by this vicious act of violence.

Sincerely, Jose Martinez

unit 543

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department, **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

Mr. Danzy max sentence

Mendoza, Jose <Jose.Mendoza@chicagopolice.org>

Tue 11/29/2022 10:00 AM

To: Boyd, Sharon D. <Sharon.Boyd@chicagopolice.org>

Hello Judge,

Straw purchasers such as Mr. Danzy need to be held accountable and receive the max five year sentence.

Thank You

Get Outlook for iOS

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.